IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 99-cr-00300-DBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **MANUEL GUILLERMO CARRILLO**;
2. HECTOR HINOJOSA GONZALEZ,
   a/k/a Hector Hinojosa,
   a/k/a Manuel Gonzalez,
   a/k/a Antonio Rameorz;
3. RAUL ATAYDE;
4. ANDRES JAQUIN LUNA, III;
5. EMILIANO ZAPATA LICON;
6. ROGER JIRON;
7. JUAN CASTORENA;
8. AUGUSTINE OLIVAS;
9. OSCAR PACHECO-VASQUEZ;
10. JOSE MANUEL AGUILAR PEREZ,
    a/k/a Ruben Lopez-Gonzalez;
11. JOSE JUAN MELENDEZ;
12. EDUARDO RIVERA MORALES;
13. MARK JONES;
14. BRANDY JONES,

      Defendants.
_____

## ORDER
_____

THIS MATTER comes before the Court upon the filing of the Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense pursuant to 18 U.S.C. 3582(c)(2) (Motion) **(#1030)**. Having reviewed the Motion,

**IT IS ORDERED** that pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, Arthur

S. Nieto shall be re-appointed to represent Defendant. CJA counsel shall have up to and including **April 28, 2008**, in which to adopt, supplement or withdraw Defendant's Motion. The Government shall have up to and including **May 8, 2008**, in which to respond. It is

**FURTHER ORDERED** that the Probation office shall have **20 days** thereafter to prepare and serve (per Rule 32) a supplemental presentence report in conformance with 28 U.S.C. § 3553(a), 28 U.S.C. § 3582(c)(2) and §1.B1.10 of the FEDERAL SENTENCING GUIDELINES. In addition to such required information, the report shall state where the Defendant is incarcerated, and whether that institution has video-conferencing capabilities. It is

**FURTHER ORDERED** that the Defendant and the United States Attorney shall respond to the supplemental presentence report on or before **June 9, 2008.**

DATED this 14th day of April, 2008.

BY THE COURT:

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge