IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 99-cr-00300-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     **MANUEL GUILLERMO CARRILLO**;
2.     HECTOR HINOJOSA GONZALEZ,
      a/k/a Hector Hinojosa,
      a/k/a Manuel Gonzalez,
      a/k/a Antonio Rameorz;
3.     RAUL ATAYDE;
4.     ANDRES JAQUIN LUNA, III;
5.     EMILIANO ZAPATA LICON;
6.     ROGER JIRON;
7.     JUAN CASTORENA;
8.     AUGUSTINE OLIVAS;
9.     OSCAR PACHECO-VASQUEZ;
10.    JOSE MANUEL AGUILAR PEREZ,
      a/k/a Ruben Lopez-Gonzalez;
11.    JOSE JUAN MELENDEZ;
12.    EDUARDO RIVERA MORALES;
13.    MARK JONES;
14.    BRANDY JONES,

       Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **July 28, 2008** at **3:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address: (1) when and how long of an evidentiary hearing needs to be set to

determine whether Defendant is eligible for a reduction in sentence under 18 U.S.C. § 3582(c) due to the amendment of the crack cocaine sentencing guideline; (2) whether the Defendant needs to be present at any such evidentiary hearing; and (3) how long it would take to bring this Defendant to appear in person before this Court.

This is a scheduling hearing for which the Defendant does not need to appear. Counsel may appear at this hearing by telephone. To appear telephonically, counsel shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

Dated this 7th day of July, 2008.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge